# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ANTOINE HARRIS,

    Petitioner,

v.                                   Case Number: 2:08-CV-12374

DENISE GERTH, ET AL.,

    Respondent.
                                /

**ORDER DENYING PLAINTIFFS' "MOTION FOR RULING AS TO WHICH DEFENDANTS CAN BE ADDED AND SERVED AFTER SCREENING . . ."**

This is a civil rights action filed under 42 U.S.C. § 1983 by multiple plaintiffs against twenty-seven defendants. Plaintiffs have filed a "Motion for Ruling as to Which Defendants Can Be Added and Served After Screening to Avoid Unnecessary Copy Fees." Plaintiffs ask for permission to file the required number of copies of the complaint after the court screens the complaint under 28 U.S.C. § 1915(e)(2), so that as not to incur the cost of copying complaints for Defendants the court may dismiss prior to service.

The court has reviewed the complaint and ordered service on all of the named defendants. The court finds that additional copies of the complaint are unnecessary.

Accordingly, Plaintiffs' "Motion for Ruling as to Which Defendants Can Be Added and Served After Screening to Avoid Unnecessary Copy Fees" [Dkt. # 3] is DENIED AS MOOT.

                                            S/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated: August 14, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 14, 2008, by electronic and/or ordinary mail.

                                                S/Lisa Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522