UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTOINE HARRIS, *et al.*,

    Plaintiffs,

vs.

DENISE GERTH, *et al.*,

    Defendants.
_____/

Case No. 08-12374

Robert H. Cleland
United States District Judge

Michael Hluchaniuk
United States Magistrate Judge

# ORDER STRIKING PERCIVAL'S AND BUHOVECKY'S MOTION FOR TEMPORARY RESTRAINING ORDER

This is a civil rights action filed under 42 U.S.C. § 1983 by multiple plaintiffs who are in the custody of the Michigan Department of Corrections. (Dkt. 1). This case was referred, for all pre-trial matters, to the undersigned Magistrate Judge on August 14, 2008. (Dkt. 40).

On September 4, 2008, plaintiffs Percival and Buhovecky filed a motion for temporary restraining order seeking to prevent defendants Caruso and Bergh and "potential Defendant James Rankin" from delaying and confiscating their legal correspondence. (Dkt. 77). This motion, although it purports to be filed on behalf of both plaintiff Buhovecky and plaintiff Percival, was signed only by plaintiff Buhovecky. *Id.* The motion is not supported by a brief as required by Local Rule

1

7.1. *Id.*

Accordingly, the Court **STRIKES** the motion because: (1) plaintiff Percival did not sign the motion, as required by Federal Rule of Civil Procedure 11(a); and (2) the moving parties did not file a supporting brief in accordance with Local Rule 7.1(c).

**IT IS SO ORDERED.**

The parties to this action may object to and seek review of this Order, but are required to file any objections within 10 days of service as provided for in 28 U.S.C. § 636(b)(1) and Local Rule 72.1(d)(2). A party may not thereafter assign as error any defect in this Order to which timely objection was not made. Fed.R.Civ.P. 72(a). Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection. Pursuant to Local Rule 72.1(d)(2), any objections must be served on this Magistrate Judge.

Date: September 9, 2008

s/Michael Hluchaniuk  
Michael Hluchaniuk  
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I certify that, on September 9, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send electronic notification to the following: Christine M. Campbell. I also certify that I have mailed, by United States Postal Service, the foregoing paper to the following non-ECF participants**:

**Stephanale Adams, # 229338**
Macomb Correctional Facility
34625 26 Mile Road
New Haven, MI 48048

**Lorenzo Anthony, # 247064**
Standish Maximum Correctional Facility
4713 West M-61
Standish, MI 48658

**Andy Anderson, # 494273**
Alger Maximum Correctional Facility
Industrial Park Drive
P.O. Box 600
Munising, MI 49862

**Julius Bannerman, # 196416**
Alger Maximum Correctional Facility
Industrial Park Drive
P.O. Box 600
Munising, MI 49862

**Jeffery Buhovecky, # 325635**
Alger Maximum Correctional Facility
Industrial Park Drive
P.O. Box 600
Munising, MI 49862

**Serrell Butts, # 360595**
Alger Maximum Correctional Facility
Industrial Park Drive
P.O. Box 600
Munising, MI 49862

**Jeffrey Carney, # 188923**
Marquette Branch Prison
1960 U.S. Hwy 41 South
Marquette, MI 49855

**Usamah Carswell, # 256679**
Huron Valley Complex Men's
3201 Bemis Road
Ypsilanti, MI 48197

**Andre Coleman, # 173324****
Marquette Branch Prison
1960 U.S. Hwy 41 South
Marquette, MI 49855

**Andre Coleman, # 173324****
Alger Maximum Correctional Facility
Industrial Park Drive
P.O. Box 600
Munising, MI 49862

**William Echols, # 249166**
Alger Maximum Correctional Facility
Industrial Park Drive
P.O. Box 600
Munising, MI  49862

**Curtis Fuller, # 211080**
Marquette Branch Prison
1960 U.S. Hwy 41 South
Marquette, MI  49855

**Delauren Gordon, # 259187**
Alger Maximum Correctional Facility
Industrial Park Drive
P.O. Box 600
Munising, MI  49862

**Antoine Harris,  # 374671**
Alger Maximum Correctional Facility
Industrial Park Drive
P.O. Box 600
Munising, MI  49862

**Eugene Humbert,  # 272728\*\***
Alger Maximum Correctional Facility
Industrial Park Drive
P.O. Box 600
Munising, MI  49862

**Eugene Humbert,  # 272728\*\***
Ionia Maximum Correctional Facility
1576 W. Bluewater Hwy
Ionia, MI  48846

**Edward Hairston, # 276060**
Alger Maximum Correctional Facility
Industrial Park Drive
P.O. Box 600
Munising, MI  49862

**Tyrone Jackson,  # 226967**
Alger Maximum Correctional Facility
Industrial Park Drive
P.O. Box 600
Munising, MI  49862

**Johnny Jackson,  # 243915**
Alger Maximum Correctional Facility
Industrial Park Drive
P.O. Box 600
Munising, MI  49862

**William Little,  # 203715**
Alger Maximum Correctional Facility
Industrial Park Drive
P.O. Box 600
Munising, MI  49862

**James Lindsey,  # 256676\*\***
Alger Maximum Correctional Facility
Industrial Park Drive
P.O. Box 600
Munising, MI  49862

**James Lindsey,  # 256676\*\***
Baraga Maximum Correctional Facility
13924 Wadaga Road
Baraga, MI  49908-9204

**Jeremy Mosely, # 281663**
Alger Maximum Correctional Facility
Industrial Park Drive
P.O. Box 600
Munising, MI  49862

**Darren Patton, # 423237**
Alger Maximum Correctional Facility
Industrial Park Drive
P.O. Box 600
Munising, MI  49862

**Leon Percival, # 220239**
Alger Maximum Correctional Facility
Industrial Park Drive
P.O. Box 600
Munising, MI  49862

**Randolph Reed, # 400534**
Alger Maximum Correctional Facility
Industrial Park Drive
P.O. Box 600
Munising, MI  49862

\*\* Plaintiffs, Andre Coleman, Eugene Humbert, and James Lindsey are being served at both the address reflected on the Court's docket and the address reflected on the Michigan Department of Corrections prisoner tracking system website.

s/James P. Peltier
Courtroom Deputy Clerk
U.S. District Court
600 Church Street
Flint, MI  48502
(810) 341-7850
pete_peltier@mied.uscourts.gov